

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00278-CV

**PEACOCK HOSPITALITY, INC.** d/b/a Holiday Inn Express-Burnet,
Appellant

v.

Bipin **PATEL** and Mahadev, LLC,
Appellees

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-04054
Honorable Janet P. Littlejohn, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. It is ORDERED that appellees, Bipin Patel and Mahadev, LLC, recover their costs of this appeal from appellant, Peacock Hospitality, Inc. d/b/a Holiday Inn Express-Burnet.

SIGNED July 22, 2015.

_____
Rebeca C. Martinez, Justice